**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA,
as assignee and subrogee of
Florida Education Association,

      Plaintiff,

v.                                             Case No.  3:20-cv-11-J-34MCR

MILDRED K. GRIFFIS,
a/k/a Kelly Griffis,

      Defendant.

**O R D E R**

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 25; Report) entered by the Honorable Monte C. Richardson, United States Magistrate Judge, on July 30, 2020.  In the Report, Judge Richardson recommends that Plaintiff's Motion for Final Default Judgment (Dkt. No. 20; Motion) be granted and that default judgment be entered in favor of Plaintiff in the amount of $220,800.18.  See Report at 1, 13.  To date, no objections to the Report have been filed, and the time for doing so has passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994);

United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED**:

1. The Report and Recommendation (Dkt. No. 25) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motion for Final Default Judgment (Dkt. No. 20) is **GRANTED**.

3. The Clerk of the Court is **DIRECTED** to enter judgment in favor of Plaintiff, National Union Fire Insurance Company of Pittsburgh, PA, as assignee and subrogee of the Florida Education Association, and against Defendant, Mildred K. Griffis, a/k/a Kelly Griffis, for treble damages in the amount of $220,800.18.

4. The Clerk of the Court is further directed to terminate any pending motions and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 9th day of September, 2020.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record

Mildred K. Griffis
5240 Mallard Road
Middleburg, FL 32068